1 | Michael R. Marrinan, Esq. (SBN 90484)
2 | LAW OFFICES OF MICHAEL R. MARRINAN
  | 225 Broadway, Suite 1460
  | San Diego, CA 92101
3 | Telephone:  (619) 238-6900
  | Facsimile:   (619) 238-1097
4 | Email: mrmarrinan@aol.com

5
6 | Nicole Heffel, Esq. (SBN 295028)
  | HEFFEL LAW FIRM
7 | 9404 Genesee Ave., Suite 340
  | La Jolla, CA 92037
8 | Telephone:  (619) 550-3080
  | Facsimile:   (619) 550-3081
9 | Email: nicole.heffel@heffellawfirm.com

10
11 | Attorneys for Plaintiff Randy Miller

12
13 | **UNITED STATES DISTRICT COURT**
14 | **NORTHERN DISTRICT OF CALIFORNIA**

| RANDALL S. MILLER, | Case No. C 14-05112 DMR |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND SCHEDULING ORDER DATES** |
| CITY OF SEBASTOPOL, ANDREW BAUER, NICOLAS BELLIVEAU, MARIA PENNACCHIO and DOES 1-20, | |
| Defendants | |

TO THE COURT AND ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE:

The parties have agreed to settle this matter for a total of $65,000 contingent upon the approval of the City of Sebastopol's insurance pool. This agreement is subject to the approval of the Court. Defendants have 60 days from the date of settlement, August 27, 2015, to obtain approval for the settlement amount. Once defendants attain approval, Plaintiff shall file a motion

to dismiss by November 6, 2015. Plaintiff and Defendants request that the Court vacate all dates in his matter, including the case management conference, all pretrial dates, and trial.

Dated: 09/10/2015

/s/ Nicole Heffel
NICOLE HEFFEL
Attorney for Plaintiff