LAW OFFICES OF

# PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

438 First Street, 4th Floor, Santa Rosa, CA 95401

William D. Anderson
David F. Beach
Isaac M. Gradman
John E. Johnson*
Marla D. Keenan*
Scott A. Lewis
Malcolm T. Manwell
Michael G. Miller
Lawrence A. Moskowitz*
Jeremy L. Olsan
Leslie R. Perry
Burton H. Fohrman
Roger J. Illsley
Daphne A. Beletsis
Mary Jane Schneider
Anne C. D'Arcy, R.N
Sheila S. Craig*
Deborah S. Bull
Oscar A. Pardo
Michael E. Liotta
Martin L. Hirsch
Heather-Ann T. Young

*Certified Specialist
Family Law,
The State Bar of California
Board of Legal Specialization

TELEPHONE
(707) 525•8800

FACSIMILE
(707) 545•8242

E-MAIL
cain@
perrylaw.net

WEBSITE
www.perrylaw.net

November 6, 2015

Honorable Donna M. Ryu
U.S. District Court
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, CA 94612

    Re:        Miller v. City of Sebastopol, et al.
    Case No.    4:14-cv-05112-DMR

Dear Judge Ryu:

As stated in the notice of settlement filed by plaintiff on September 10, 2015, the parties agreed to settle this matter for a total of $65,000, contingent upon the approval of the City of Sebastopol's insurance pool, which has been obtained

Due to two back-to-back trials, defendants' attorney, Scott A. Lewis, has been unable to finalize the settlement agreement. Accordingly, the parties agree that the settlement agreement will be completed and submitted to the court for approval by November 13, 2015. Payment will be made by November 20, 2015.

Thank you for your consideration.

Very truly yours,

/s/
SCOTT A. LEWIS
Attorney for Defendants

cc:    Michael R. Marrinan
       Nicole Heffel